

IN THE
TENTH COURT OF APPEALS

————————————

No. 10-11-00147-CV

IN RE GRAY WIRELINE SERVICE, INC.
————————————

Original Proceeding

## MEMORANDUM OPINION

Gray Wireline Service, Inc. has petitioned this Court for a writ of mandamus to compel the trial court to withdraw its order granting a motion to reform non-compete agreements contained within employment agreements signed by Larry Cavanna, David Gray, and Kenneth Nester, Sr. An interlocutory appeal was filed by Gray Wireline Service, Inc. in which we have determined that the trial court committed reversible error and the complained-of judgment has been reversed and remanded to the trial court for further proceedings. *See Gray Wireline Service, Inc. v. Cavanna*, No. 10-11-00058-CV, 2011 Tex. App. LEXIS _____ (Tex. App.—Waco October 12, 2011, no pet. h.). Therefore, the petition for writ of mandamus is dismissed as moot. Based on the

foregoing, costs of this proceeding will be assessed against the real parties in interest.

TEX. R. APP. P. 43.4.

TOM GRAY<br>
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed October 12, 2011
OT06